**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

| | |
|---|---|
| In re: REESE, MICHAEL A | § Case No. 11-83939 |
| | § |
| | § |
| Debtor(s) | § |

**NOTICE OF TRUSTEE'S FINAL REPORT AND**
**APPLICATIONS FOR COMPENSATION**
**AND DEADLINE TO OBJECT (NFR)**

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that STEPHEN G. BALSLEY, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
211 South Court Street
Room 110
Rockford, IL 61101

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 09:30AM on 05/30/2012 in Courtroom 115, United States Courthouse, 211 South Court Street
Room 115
Rockford, IL 61101.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

**UST Form 101-7-NFR (10/1/2010)**

Date:  / /                           By:     /s/ STEPHEN G. BALSLEY
                                                                                Trustee

STEPHEN G. BALSLEY
6833 STALTER DRIVE
ROCKFORD, IL  61108
(815) 962-6611

**UST Form 101-7-NFR (10/1/2010)**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

| | | |
|---|---|---|
| In re: REESE, MICHAEL A | § | Case No. 11-83939 |
| | § | |
| | § | |
| Debtor(s) | § | |

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

*The Final Report shows receipts of*           $      20,000.00

*and approved disbursements of*                $            31.42

*leaving a balance on hand of* [1]              $      19,968.58

**Balance on hand:**                           $      19,968.58

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| 2 | Ford Motor Credit Corporation | 1,639.46 | 0.00 | 0.00 | 0.00 |

Total to be paid to secured creditors:    $          0.00
Remaining balance:                        $     19,968.58

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - STEPHEN G. BALSLEY | 2,750.00 | 0.00 | 2,750.00 |
| Attorney for Trustee, Fees - Barrick, Switzer, Long, Balsley & Van Evera | 3,045.00 | 0.00 | 3,045.00 |

Total to be paid for chapter 7 administration expenses:   $      5,795.00
Remaining balance:                                        $     14,173.58

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

    Total to be paid for prior chapter administrative expenses:    $      0.00
    Remaining balance:    $      14,173.58

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

    Total to be paid for priority claims:    $      0.00
    Remaining balance:    $      14,173.58

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 90,989.29 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 15.6 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Atlas Acquisitions LLC (Citibank - Sears) | 15,093.32 | 0.00 | 2,351.12 |
| 3 | American Express Centurion Bank | 42,661.91 | 0.00 | 6,645.53 |
| 4 | American Express Bank, FSB | 19,363.84 | 0.00 | 3,016.34 |
| 5 | Discover Bank | 13,870.22 | 0.00 | 2,160.59 |

    Total to be paid for timely general unsecured claims:    $      14,173.58
    Remaining balance:    $      0.00

**UST Form 101-7-NFR (10/1/2010)**

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

Prepared By: /s/STEPHEN G. BALSLEY
Trustee

STEPHEN G. BALSLEY
6833 STALTER DRIVE
ROCKFORD, IL  61108
(815) 962-6611

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Northern District of Illinois

In re:
Michael A Reese
    Debtor

Case No. 11-83939-MB
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0752-3    User: vgossett    Page 1 of 2    Date Rcvd: Apr 27, 2012
                Form ID: pdf006    Total Noticed: 21

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 29, 2012.
```
db           +Michael A Reese,   9508 Reese Rd.,   Harvard, IL 60033-9129
17802222     +American Express,   c/o Becket and Lee LLP,   Po Box 3001,   Malvern, PA 19355-0701
17768712     +American Express,   P.O. Box 0001,   Los Angeles, CA 90096-8000
18562661      American Express Bank, FSB,   c o Becket and Lee LLP,   POB 3001,   Malvern, PA 19355-0701
18535789      American Express Centurion Bank,   c o Becket and Lee LLP,   POB 3001,   Malvern, PA 19355-0701
17768713     +Associated Bank,   200 N Adams St,   Green Bay, WI 54301-5174
18392856     +Atlas Acquisitions LLC  (Citibank - Sears),   294 Union St.,   Hackensack, NJ 07601-4303
17768714     +Bac Home Loans Servici,   450 American St,   Simi Valley, CA 93065-6285
17768715     +Bank Of America,   Attn: Bankruptcy NC4-105-02-99,   Po Box 26012,   Greensboro, NC 27420-6012
17768717     +Certified Display Inc,   9508 Reese Rd,   Harvard, IL 60033-9129
17768718     +Diane Neumann,   427 Farrington Dr,   Lincolnshire, IL 60069-2505
17768720     +Fillmore Swanson,   4322 N Keystone Ave #1A,   Chicago, IL 60641-5601
17768721     +Ford Motor Credit Corporation,   National Bankruptcy Center,   Po Box 6275,
               Dearborn, MI 48121-6275
17768723     +Kondaur Mortgage,   Bankruptcy Dept,   One City Blvd W Ste 1900,   Orange, CA 92868-3637
17768724     +Sears/cbsd,   Po Box 6189,   Sioux Falls, SD 57117-6189
17768725     +William Neumann,   427 Farrington Dr,   Lincolnshire, IL 60069-2505
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
17813546     +E-mail/Text: bnc@atlasacq.com Apr 28 2012 01:18:20     Atlas Acquisitions LLC,   294 Union St.,
               Hackensack, NJ 07601-4303,   Attn: Avi Schild
17768716     +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Apr 28 2012 02:13:41     Capital One, N.a.,
               C/O American Infosource,   Po Box 54529,   Oklahoma City, OK 73154-1529
18771085      E-mail/PDF: mrdiscen@discoverfinancial.com Apr 28 2012 02:16:47     Discover Bank,
               DB Servicing Corporation,   PO Box 3025,   New Albany, OH 43054-3025
17768719     +E-mail/PDF: mrdiscen@discoverfinancial.com Apr 28 2012 02:16:47     Discover Fin,
               Attention: Bankruptcy Department,   Po Box 3025,   New Albany, OH 43054-3025
17768722     +E-mail/Text: cio.bncmail@irs.gov Apr 28 2012 00:44:59     Internal Revenue Service,   PO BOX 7346,
               Philadelphia, PA 19101-7346
                                                                                               TOTAL: 5
```

       ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Apr 29, 2012**                  **Signature:** _Joseph Speetjens_

```
District/off: 0752-3          User: vgossett            Page 2 of 2            Date Rcvd: Apr 27, 2012
                              Form ID: pdf006           Total Noticed: 21
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 26, 2012 at the address(es) listed below:
          Laura Dolores Frye    on behalf of Debtor Michael Reese lauradfrye@att.net, garyfoley@hotmail.com
          Lydia Y Siu    on behalf of Creditor  Kondaur Capital Corporation lsiu@atty-pierce.com,
           northerndistrict@atty-pierce.com
          Patrick S Layng    USTPRegion11.MD.ECF@usdoj.gov
          Stephen G Balsley    sbalsley@bslbv.com, IL47@ecfcbis.com
          Stephen G Balsley    on behalf of Trustee Stephen Balsley sbalsley@bslbv.com
                                                                                                                TOTAL: 5