UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Western Division

| | | |
|---|---|---|
| In Re:<br>REESE, MICHAEL A.<br><br><br><br>Debtor(s) | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) | BK No.: 11-83939<br><br>Chapter: 7<br>Honorable Manuel Barbosa |

## ORDER APPROVING AMENDED TRUSTEE'S FINAL REPORT (TFR)

THIS MATTER BEING HEARD on the 27th day of June, 2012 on the Amended Trustee's Final Report, notice having been given and the Court being duly advised;

IT IS HEREBY ORDERED that the Amended Trustee's Final Report is approved.

Enter:

United States Bankruptcy Judge

Dated: JUL 2 2012

**Prepared by:**
BARRICK, SWITZER, LONG,
 BALSLEY & VAN EVERA
BY: STEPHEN G. BALSLEY (1048412)
6833 STALTER DRIVE
ROCKFORD, IL 61108
(815) 962-6611

Rev: 20120501_bko