**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

In re: REESE, MICHAEL A                                   § Case No. 11-83939
                                                          §
                                                          §
                                                          §
Debtor(s)                                                 §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION**
**REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

STEPHEN G. BALSLEY, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned: $335,216.00                    Assets Exempt: $18,402.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $14,173.58      Claims Discharged
                                                 Without Payment: $642,177.29

Total Expenses of Administration: $5,826.42

3) Total gross receipts of $ 20,000.00   (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00   (see **Exhibit 2**), yielded net receipts of $20,000.00 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $1,018,136.00 | $1,639.46 | $0.00 | $0.00 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 5,826.42 | 5,826.42 | 5,826.42 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 23,000.00 | 43,072.59 | 43,072.59 | 14,173.58 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 630,727.00 | 90,989.29 | 90,989.29 | 0.00 |
| **TOTAL DISBURSEMENTS** | $1,671,863.00 | $141,527.76 | $139,888.30 | $20,000.00 |

4) This case was originally filed under Chapter 7 on September 07, 2011. The case was pending for 13 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 09/22/2012          By: /s/STEPHEN G. BALSLEY
                                   Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Rental Property, Barn in Eagle, WI, Purchased:19 | 1110-000 | 20,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$20,000.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2 | Ford Motor Credit Corporation | 4110-000 | 2,000.00 | 1,639.46 | 0.00 | 0.00 |
| NOTFILED | Bank Of America | 4110-000 | 4,700.00 | N/A | N/A | 0.00 |
| NOTFILED | Bac Home Loans Servici | 4110-000 | 91,508.00 | N/A | N/A | 0.00 |
| NOTFILED | Kondaur Mortgage Bankruptcy Dept | 4110-000 | 769,928.00 | N/A | N/A | 0.00 |
| NOTFILED | Associated Bank | 4110-000 | 150,000.00 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$1,018,136.00** | **$1,639.46** | **$0.00** | **$0.00** |

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBIT 4 — CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| STEPHEN G. BALSLEY | 2100-000 | N/A | 2,750.00 | 2,750.00 | 2,750.00 |
| Barrick, Switzer, Long, Balsley & Van Evera | 3110-000 | N/A | 3,045.00 | 3,045.00 | 3,045.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 31.42 | 31.42 | 31.42 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $5,826.42 | $5,826.42 | $5,826.42 |

**EXHIBIT 5 — PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

**EXHIBIT 6 — PRIORITY UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 6 | Internal Revenue Service | 5800-000 | 23,000.00 | 43,072.59 | 43,072.59 | 14,173.58 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $23,000.00 | $43,072.59 | $43,072.59 | $14,173.58 |

**EXHIBIT 7 — GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Atlas Acquisitions LLC (Citibank - Sears) | 7100-000 | 12,761.00 | 15,093.32 | 15,093.32 | 0.00 |
| 3 | American Express Centurion Bank | 7100-000 | 42,661.00 | 42,661.91 | 42,661.91 | 0.00 |
| 4 | American Express Bank, FSB | 7100-000 | 12,000.00 | 19,363.84 | 19,363.84 | 0.00 |
| 5 | Discover Bank | 7100-000 | 12,117.00 | 13,870.22 | 13,870.22 | 0.00 |
| NOTFILED | Fillmore Swanson | 7100-000 | 15,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Internal Revenue Service | 7100-000 | 7,013.00 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| NOTFILED | Internal Revenue Service | 7100-000 | 11,123.00 | N/A | N/A | 0.00 |
| NOTFILED | William Neumann | 7100-000 | 475,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Capital One, N.a. C/O American Infosource | 7100-000 | 3,052.00 | N/A | N/A | 0.00 |
| NOTFILED | Diane Neumann | 7100-000 | 40,000.00 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $630,727.00 | $90,989.29 | $90,989.29 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 11-83939  
**Case Name:** REESE, MICHAEL A  

**Period Ending:** 09/22/12

**Trustee:** (330410) STEPHEN G. BALSLEY  
**Filed (f) or Converted (c):** 09/07/11 (f)  
**§341(a) Meeting Date:** 10/17/11  
**Claims Bar Date:** 04/20/12

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) DA=§554(c) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 1 | Primary Residence 9508 Reese Rd., Harvard, IL 60 | 300,000.00 | 0.00 | DA | 0.00 | FA |
| 2 | Rental Property, Barn in Eagle, WI, Purchased:19 See Order to Sell Bankruptcy Estate's Interest in Real Estate entered March 14, 2012. | 150,000.00 | 50,000.00 | | 20,000.00 | FA |
| 3 | Harvard State Bank Checking Account | 1,000.00 | 0.00 | DA | 0.00 | FA |
| 4 | Business Checking Account at Harvard State Bank | 1,000.00 | 0.00 | DA | 0.00 | FA |
| 5 | Savings Account with Great Lakes Credit Union | 114.00 | 0.00 | DA | 0.00 | FA |
| 6 | Savings Account with Harvard State Bank | 6,000.00 | 0.00 | DA | 0.00 | FA |
| 7 | Household goods and furnishings (10 room Single | 3,000.00 | 0.00 | DA | 0.00 | FA |
| 8 | Gold Wedding Band | 500.00 | 0.00 | DA | 0.00 | FA |
| 9 | IRA #2 with Great Lakes Credit Union | 6,025.00 | 0.00 | DA | 0.00 | FA |
| 10 | IRA #1 with Great Lakes Credit Union | 6,102.00 | 0.00 | DA | 0.00 | FA |
| 11 | 2002 Dodge Ram (200k miles) | 2,775.00 | 0.00 | DA | 0.00 | FA |
| 12 | Golf Cart ( 25 years old) | 100.00 | 0.00 | DA | 0.00 | FA |
| 13 | 1998 Born Free Motor Home with 110k miles | 5,000.00 | 0.00 | DA | 0.00 | FA |
| 14 | Row Boat | 100.00 | 0.00 | DA | 0.00 | FA |
| 15 | Business Tools, Trade Tools | 3,000.00 | 0.00 | DA | 0.00 | FA |
| 16 | Lawn Mower | 500.00 | 0.00 | DA | 0.00 | FA |
| **16** | **Assets   Totals** (Excluding unknown values) | **$485,216.00** | **$50,000.00** | | **$20,000.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):**    June 30, 2013          **Current Projected Date Of Final Report (TFR):**    April 24, 2012  (Actual)

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

**Case Number:** 11-83939  
**Case Name:** REESE, MICHAEL A  

**Taxpayer ID #:** **-***5562  
**Period Ending:** 09/22/12  

**Trustee:** STEPHEN G. BALSLEY (330410)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******16-66 - Checking Account  
**Blanket Bond:** $296,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 03/06/12 | {2} | Mary Robertson | 1/2 interest in real estate located at S103 W36093 County Hwy LO, Eagle WI | 1110-000 | 20,000.00 | | 20,000.00 |
| 03/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 31.42 | 19,968.58 |
| 05/30/12 | 101 | Barrick, Switzer, Long, Balsley & Van Evera | Dividend paid 100.00% on $3,045.00, Attorney for Trustee Fees (Trustee Firm); Reference: | 3110-000 | | 3,045.00 | 16,923.58 |
| 05/30/12 | 102 | STEPHEN G. BALSLEY | Dividend paid 100.00% on $2,750.00, Trustee Compensation; Reference: | 2100-000 | | 2,750.00 | 14,173.58 |
| 05/30/12 | 103 | Internal Revenue Service | Dividend paid 32.90% on $43,072.59; Claim# 6; Filed: $43,072.59; Reference:<br>Voided on 05/31/12 | 5800-000 | | 14,173.58 | 0.00 |
| 05/31/12 | 103 | Internal Revenue Service | Dividend paid 32.90% on $43,072.59; Claim# 6; Filed: $43,072.59; Reference:<br>Voided: check issued on 05/30/12 | 5800-000 | | -14,173.58 | 14,173.58 |
| 06/27/12 | 104 | Internal Revenue Service | Dividend paid 32.90% on $43,072.59; Claim# 6; Filed: $43,072.59; Reference: | 5800-000 | | 14,173.58 | 0.00 |

|  |  |  |
|---|---|---|
| **ACCOUNT TOTALS** | 20,000.00 | 20,000.00 | $0.00 |
| Less: Bank Transfers | 0.00 | 0.00 | |
| **Subtotal** | 20,000.00 | 20,000.00 | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$20,000.00** | **$20,000.00** | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| Checking # 9200-******16-66 | 20,000.00 | 20,000.00 | 0.00 |
| | $20,000.00 | $20,000.00 | $0.00 |

{} Asset reference(s)

Printed: 09/22/2012 04:56 PM   V.13.02